AO 93 (Rev. 11/13) Search and Seizure
Warrant (Page 2

| Return | | |
|---|---|---|
| Case No.: 5:23-mj-210 | Date and time warrant executed: 10/16/2023 11:46 AM | Copy of warrant and inventory left with: USPS |

Inventory made in the presence of :  Investigator N. Borg

Inventory of the property taken and name of any person(s) seized:

1) USPS Priority Mail Parcel 3405 5362 0624 8467 6181 34
2) 464 grams presumptive positive methamphetamine concealed inside
3) Packaging materials located within the parcel

| Certification |
|---|

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  10/16/2023

_Executing officer's signature_

Daniel Ullrich, U.S. Postal Inspector
_Printed name and title_